## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CHARLES A. GOSA                                                                                          PLAINTIFF

V.                                    NO. 3:14CV00016 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                                  DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 23rd day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE