# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CHARLES GOSA                                                                PLAINTIFF

V.                                   NO. 3:14CV00016-JTR

CAROLYN COLVIN,                                                             DEFENDANT
Acting Commissioner,
Social Security Administration

## ORDER

Pending before the Court is Plaintiff's Motion requesting an award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.[1] *Doc. 17.* Plaintiff's attorney, Anthony Bartels, requests a total payment of $1859.92 consisting of: (1) .35 hours of attorney work in 2013 at the adjusted hourly rate of $187.00 ($65.45); (2) 7.15 hours of attorney work in 2014-15 at the adjusted hourly rate of $191.00 ($1365.65); (3) 5.45 hours of paralegal work at the hourly rate of $75.00 ($408.75); and (4) $20.07 in expenses. The Commissioner does not object to Plaintiff's request. *Doc. 19*.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA, and that the amount requested is reasonable.

---

[1] On January 23, 2015, the Court entered an Order and Judgment reversing the Commissioner's decision and remanding this case for further administrative proceedings. *Docs. 15, 16*.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees and Expenses Pursuant to the EAJA, *Doc. 17*, is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is awarded $1859.92 in attorney's fees and expenses under the EAJA.[2]

DATED this 18th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2]Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney at the attorney's office.